1

2

3                    UNITED STATES DISTRICT COURT

4                         DISTRICT OF NEVADA

5                              * * *

6  EDWARD McSWAIN, an individual;      )     2:11-CV-01044-PMP-GWF
   and LAURA McSWAIN, an individual,   )
7                                      )
                                       )     **ORDER**
8                 Plaintiffs,          )
                                       )
9   vs.                                )
                                       )
10 WELLS FARGO HOME MORTGAGE,          )
   a division of WELLS FARGO BANK,     )
11 N.A., a foreign corporation; NATIONAL)
   DEFAULT SERVICING                   )
12 CORPORATION.                        )
                                       )
13                Defendants.          )
                                       )
14 ────────────────────────────────

15        Before the Court for consideration is Defendant's fully briefed Motion to

16 Dismiss (Doc. #7) filed July 1, 2011.  By this motion, Defendant Wells Fargo seeks

17 dismissal of Plaintiffs' Complaint filed May 31, 20011 in the Eighth Judicial District

18 Court, in and for the County of Clark, State of Nevada, and removed to this Court on

19 June 24, 2011.

20        The Court finds for the reasons set forth in Defendant's Motion (Doc. #7)

21 and Reply Memorandum (Doc. #16 ), Defendant's Motion to Dismiss should be

22 granted.

23        Specifically, the Court finds that Plaintiffs' Breach of Contract Claim fails

24 as a matter of law.  The "Approval Conditions" are not ambiguous and clearly require

25 that Plaintiffs' request the "Desk Review" referenced therein, which Plaintiffs' did

26 not.

1  Additionally, the allegations in Plaintiffs' Complaint do not establish a special

2  relationship between the parties giving rise to a fiduciary relationship.  Defendants'

3  are entitled to dismissal of Plaintiffs' Claim for Breach of Contract.  Having failed to

4  prove the existence of a fiduciary duty on the part of Wells Fargo to disclose

5  information in appraisals of the property in question, Plaintiffs' Claim for Breach of

6  the Covenant of Good Faith and Fair Dealing also fails.

7          Plaintiffs' Claim for Injunctive Relief fails because Plaintiffs' have an

8  adequate remedy at law and have not established a reasonable likelihood of success

9  on the merits of their claims.

10          Plaintiffs' Unjust Enrichment Claim must be dismissed because an

11  expressed contract exists between parties.

12          Plaintiffs' Claims for Negligent Misrepresentation and Fraudulent

13  Concealment fail because Plaintiffs have failed to allege with particularity the nature

14  of the fraud in question.  As argued by Defendant Wells Fargo in its reply

15  memorandum, Plaintiffs argument here is essentially that because Wells Fargo did not

16  complete a "desk review," it intended to induce Plaintiffs into a mortgage loan

17  because Wells Fargo knew the initial appraisal of the property was false.  Such

18  allegations are not sufficient to support Plaintiffs claim, and Plaintiffs further fail to

19  show that they justifiably relied upon any false representations by Defendant Wells

20  Fargo.

21          Finally, Plaintiffs Claim Under the Truth in Leading Act must be

22  dismissed because the failure to conduct an apprisal of the subject property cannot be

23  construed as equivalent to mischaracteriztion of an appraisal, and also because

24  Plaintiffs TILA Claim is time barred by the one year statute of limitations provided

25  under 15 U.S.C. § 1639e(b)(2).

26

1    **IT IS ORDERED that** Defendant Wells Fargo Bank's Motion to Dismiss

2  (Doc. #7) is **GRANTED.**

3    **IT IS FURTHER ORDERED that** the Clerk of Court shall forthwith

4  enter judgment in favor of Defendants and against Plaintiffs' Edward McSwain and

5  Laura McSwain.

6    **IT IS FURTHER ORDERED that** the Lis Pendens recorded by the

7  Plaintiffs against the subject property is hereby expunged.

8

9  DATED:  August 2, 2011.

10

11  _____

PHILIP M. PRO

12  United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26