1

2

3

4                          UNITED STATES DISTRICT COURT

5                               DISTRICT OF NEVADA

6                                      * * *

7   EDWARD McSWAIN, an individual;      )      2:11-CV-01044-PMP-GWF
    and LAURA McSWAIN, an individual,   )
8                                       )
                                        )         **ORDER**
9              Plaintiffs,              )
                                        )
10  vs.                                 )
                                        )
11  WELLS FARGO HOME MORTGAGE,          )
    a division of WELLS FARGO BANK,     )
12  N.A., a foreign corporation;        )
    NATIONAL DEFAULT SERVICING          )
13  CORPORATION.                        )
                                        )
14             Defendants.              )
                                        )
15

16          The Court having read and considered Plaintiffs' Motion for

17  Reconsideration (Doc. #20), Defendants' Response in Opposition thereto (Doc. #21)

18  and Plaintiffs' Reply (Doc. #22) and finding no good cause presented to warrant

19  reconsideration of this Court's Order (Doc. #17) granting Defendants' Motion to

20  Dismiss,

21          **IT IS ORDERED** that Plaintiffs' Motion for Reconsideration (Doc. #20)

22  is **DENIED**.

23  DATED: October 26, 2011.

24                                          _____

25

26                                          PHILIP M. PRO
                                            United States District Judge