UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDWARD McSWAIN, an individual; and LAURA McSWAIN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, a division of WELLS FARGO BANK, N.A., a foreign corporation; NATIONAL DEFAULT SERVICING CORPORATION.<br><br>Defendants. | 2:11-CV-01044-PMP-GWF<br><br>**ORDER** |

The Court having read and considered Plaintiffs' Motion for Reconsideration (Doc. #20), Defendants' Response in Opposition thereto (Doc. #21) and Plaintiffs' Reply (Doc. #22) and finding no good cause presented to warrant reconsideration of this Court's Order (Doc. #17) granting Defendants' Motion to Dismiss,

**IT IS ORDERED** that Plaintiffs' Motion for Reconsideration (Doc. #20) is **DENIED**.

DATED: October 26, 2011.

_____
PHILIP M. PRO
United States District Judge